ORIGINAL

PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

LORETTA A. FAYMONVILLE #3947
Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii 96850
Telephone: (808) 541-2521
Facsimile: (808) 541-3545
Email: fpdhi@hotmail.com

Attorney for Defendant
DOROTHY CHIU LAI YUNG, (02)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 29 2005

at 9 o'clock and 30 min. A M
SUE BEITIA, CLERK

LODGED

DEC 28 2005

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. ~~NO. 98-00292 HG~~ CR 05-117 HG-02 |
| Plaintiff, | STIPULATION AND ORDER TO ALLOW TRAVEL TO NEVADA |
| vs. | |
| KENNETH CHIO HENG IONG, (01), DOROTHY CHIU LAI YUNG, (02), | |
| Defendants. | |

**STIPULATION AND ORDER TO ALLOW TRAVEL TO NEVADA**

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Defendant DOROTHY CHIU LAI YUNG, be allowed to travel from Oahu to Las Vegas, Nevada. Ms. Yung will be staying at the Silverton Hotel & Casino at 3333 Blue Diamond Road. She will be traveling with her father

who is visiting from Hong Kong. Ms. Yung will be leaving on December 31, 2005, and returning on or before January 8, 2006. She will contact her pretrial officer upon her arrival in Las Vegas and upon her return to Honolulu. All other conditions of pretrial release to remain the same.

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, 12/28/05.

LORETTA A. FAYMONVILLE
Attorney for Defendant
DOROTHY CHIU LAI YUNG

LESLIE OSBORNE
Attorney for Plaintiff
UNITED STATES OF AMERICA

JULIE WALL
Pretrial Services

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, DEC 29 2005.

MAGISTRATE JUDGE
U. S. District Court
District of Hawaii