IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| United States of America, | Cr. No. 05-117-HG |
|---|---|
| v. | 26 U.S.C. §7201, 18 U.S.C. §§1014, 2 and 1028(a)(4) |
| Kenneth Chio Heng Iong, [01]<br>Dorothy Chiu Lai Yung, [02]<br><br>defendants. | |

ORDER CONTINUING TRIAL DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

The Court having reviewed the stipulation continuing trial date and excluding time under the speedy trial act [stipulation], makes the following findings of fact and conclusions of law.

1. The counsel for Defendant Iong was recently appointed and needs additional time for further evaluation, investigation and trial preparation.

2. The Court approves the Stipulation and orders that the jury trial currently set for 10/24/06 at 9:00 a.m. is continued to **March 13, 2007** at **9:00 a.m.** before The Hon. Helen Gillmor. The following pretrial dates are established.

03/05/07  Final Pretrial Conference before the Hon. Helen Gillmor at 8:30 a.m.

02/12/07  Final Pretrial Conference before Mag. Judge ~~Kevin Chang~~, 10:00 a.m.   BARRY M. KURREN

01/30/07  Pretrial Motions Deadline

02/13/07  Response to Motions Due

3. The time from the 9/20/06 agreement to and including 3/13/07 is excluded from calculation of pretrial delay under the Speedy Trial Act, Title 18, United States Code §3161(h)(8).

4. The Court specifically finds that pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), the ends of justice served by granting this continuance outweigh the best interest of the public and the Defendant in speedy trial and that the failure to grant the agreed continuance would unreasonably deny the defendants continuity of counsel and the reasonable time necessary for effective representation, taking into account the exercise of due diligence.

Dated: Honolulu, Hawaii, 10·6·06.

IT IS SO ORDERED:

Judge of the Above-Entitled Court

U.S. v. Iong and Yung, USDC Hawaii Cr. No. 05-117 HG, Order Continuing Trial Date and Excluding Time under the Speedy Trial Act

2