# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/12/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR05-00117HG |
| CASE NAME: | USA v. (01) Kenneth Chio Heng Iong |
| | (02) Dorothy Chiu Lai Yung |
| ATTYS FOR PLA: | Leslie Osborne |
| ATTYS FOR DEFT: | (01) Stuart Fujioka |
| | (02) Loretta Faymonville |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 2/12/2007 | TIME: | 9:59:35-10:03:46am |

COURT ACTION:  EP:  Final Pretrial Conference.  Defendant 01 present, not in custody.  Presence waived as to Defendant 02.  Motion for Withdrawal of Not Guilty Plea and to Plead Anew as to Defendant 01 set 2/23/07 at 2:00pm before Judge Chang.

**CRIMINAL FINAL PRETRIAL CONFERENCE**

Jury Trial before Judge Helen Gillmor on March 13, 2007 at 9:00.a.m..

Representations by counsel on trial time:
The United States: 4 - 5 days

Defendant: 01 - Kenneth Iong - 1 day
Defendant: 02 - Dorothy Yung - ½ day

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendants:

1. <u>Fed. R. Evid. 404(b)</u> : (none per the government)
2. a.    Motions in Limine filed and served by :February 21, 2007.
   b.    Memoranda in opposition to motions in limine filed and served by: February 26, 2007.
3. <u>Brady and Giglio Material</u> by: February 21, 2007
4. a.    Jury Instructions exchanged by February 21, 2007.
   d.    Filings required by 4(b) & (c) by: February 28, 2007.
5. Witness Lists per stipulation by March 6, 2007.
6. <u>Exhibits</u>

      a.      Parties will exchange exhibits.
      b.      Original exhibits tabbed and in folders/binders, copy in folders/binders.
7.     Stipulations: In writing and filed by February 28, 2007.
8.     Voir Dire Questions: In writing by February 28, 2007.
9.     Trial Briefs: by February 28, 2007.
10.    Jencks Disclosures by the Friday before trial per the government
11.    Other Matters:
12.    Pretrial Conference before HG at 8:30am on **March 5, 2007.**

Submitted by: Shari Afuso, Courtroom Manager

CR05-117HG
USA v. (01) Kenneth Iong and (02) Dorothy Yung
Final Pretrial Conference Minutes
02/12/2007