EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  les.osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00117-02-HG |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| DOROTHY CHIU LAI YUNG, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

I hereby certify that the MOTION AND ORDER TO DISMISS was submitted to Chief Judge Helen Gillmor, for signature and was served on the following counsel on February 26, 2007:

**Served by E-Mail:**

Loretta Faymonville        loretta_faymonville@fd.org
    Attorney for Defendant
    DOROTHY CHIU LAI YUNG (02)

**Served by First Class Mail:**

Brian D. Hershman, Esq.
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071

Leighton K. Lee, Esq.
Law Office of Leighton K. Lee
222 Merchant Street, Suite 201
Honolulu, HI 96813

    Attorneys for Defendant
    KENNETH CHIO HENG IONG (01)


DATED:  Honolulu, Hawaii, February 26, 2007.


                            /s/ Gloria Parker