EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Les.Osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00117-02-HG |
|---|---|---|
| Plaintiff, | ) | MOTION AND ORDER TO DISMISS |
| vs. | ) | |
| DOROTHY CHIU LAI YUNG, | ) | |
|  | ) | Trial Date:  March 13, 2007 |
| Defendant. | ) | Time:  9:00 a.m. |
|  | ) | Chief Judge:  Helen Gillmor |

MOTION TO DISMISS

Comes now the United States of America, by and through these pleadings, based upon the representations of co-Defendant Kenneth Chio Heng Iong, that the acts committed by his sister and co-Defendant Dorothy Chiu Lai Yung, in regard to Count 10 of the Indictment, were totally at his direction and control and without the understanding of Defendant Dorothy Chiu Lai Yung as to the true nature of the proceeding, the United States moves to dismiss

Count 10 of the Indictment as it relates to Defendant Dorothy Chiu Lai Yung, in the interest of justice.

DATED:   March 1, 2007, at Honolulu, Hawaii.

Respectfully submitted,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By  /s/ Leslie E. Osborne, Jr.
    LESLIE E. OSBORNE, JR.
    Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA


SO ORDERED:

Honolulu, Hawaii, March 5, 2007.



             /S/ Helen Gillmor
_____
Helen Gillmor
Chief United States District Judge


USA v. Dorothy Chiu Lai Yung
Cr. No. 05-00117-02 HG
"Motion and Order to Dismiss"