IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> Dorothy Chiu Lai Yung, ) <br> ) <br> Defendant(s). ) <br> ) | CR 05-00117-02 HG <br><br> FILED IN THE <br> UNITED STATES DISTRICT COURT <br> DISTRICT OF HAWAII <br><br> APR 1 5 2005 <br><br> at 1 o'clock and 51 min. P M <br> WALTER A.Y.H. CHINN, CLERK |

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Kevin S. C. Chang United States Magistrate Judge in the above-entitled case, Passport Number 751413653 issued at FCO, on August 11, 2004 to the above-named defendant, was surrendered to the custody of the Clerk of court on April 15, 2005 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:     11/09/1956

Place of Birth:    Hong Kong

Dated at Honolulu, Hawaii on April 15, 2005.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 13 2007

at 10 o'clock and 10 min. A M
SUE BEITIA, CLERK

WALTER A.Y.H. CHINN, Clerk

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: 3/13/07                Signature: _____
                                            Owner of Passport